AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

21 U.S.C. Sec. 841(a)(1) & (b)(1)(B)(iii) - Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Not less than 5 yrs, not more than 40 yrs imprisonment; not more than $2,000,000 fine; 5 yrs supervised release; $100 s.a. After filing of a prior conviction: Not less than 10 yrs and up to life imprisonment; $4,000,000 fine; 5 yrs supervised release; $100 s.a

---

**DEFENDANT - U.S.**

▶ GALE JOSEPH YOUNG  a/k/a "Redbone"

**DISTRICT COURT NUMBER**

CR 08    0502

MMC

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  William Frentzen

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges   ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 08 0502**

GALE JOSEPH YOUNG
a/k/a "Redbone"

**MMC**

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) - Distribution and Possession with Intent to Distribute 5 Grams or More of Cocaine Base in the Form of Crack Cocaine

---

A true bill.

_____ Foreman

Filed in open court this 29th day of July, 2008.

**Brenda Tolbert**
Clerk

Bail, $ _____   NO BAIL ARREST WARRANT

**Maria Elena James**
**United States Magistrate Judge**

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
                                              **FILED**
6                                             JUL 2 9 2008
7                                             RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
8                UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA   MMC
9                NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11
                                              **CR 08    0502**
12 | UNITED STATES OF AMERICA,         )   No.
                                       )
13 |        Plaintiff,                 )   VIOLATION: 21 U.S.C. § 841(a)(1) &
                                       )   (b)(1)(B)(iii) – Distribution and Possession
14 |    v.                             )   with Intent to Distribute 5 Grams or More of
                                       )   Cocaine Base in the Form of Crack Cocaine.
15 | GALE JOSEPH YOUNG,                )
        a/k/a "Redbone,"               )
16 |                                   )
            Defendant.                 )
17 |                                   )
                                       )   SAN FRANCISCO VENUE
18 |_____)
19
                       **INDICTMENT**
20
21  The Grand Jury charges:
22      On or about June 4, 2008, in the Northern District of California, the defendant,
23                      GALE JOSEPH YOUNG,
                         a/k/a "Redbone,"
24
    did knowingly and intentionally distribute and possess with intent to distribute a Schedule II
25
    controlled substance, to wit, five grams or more of cocaine base in the form of crack cocaine, in
26
27  ///
28  ///

1  violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(iii).

DATED:                                          A TRUE BILL.

7/29/08                                         _____
                                                FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division


(Approved as to form: _____)
                      AUSA William Frentzen

INDICTMENT                                2