UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: AUG 20 2008

Case No. CR-08-0502 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: GALE JOSEPH YOUNG

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: William Frentzen

ATTORNEY FOR DEFENDANT: Hugh Levine

Deputy Clerk: Tracy Lucero

Reporter: James Yeomans

## PROCEEDINGS

REASON FOR HEARING: Initial Status Conference

RESULT OF HEARING: AUSA informed the Court that most Discovery has been provided, & will be sending evidence out for DNA testing. Counsel need time to obtain lab results.

Case continued to 10/15/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel. Begins AUG 20 2008 Ends 10/15/08

(5 min)