}

Ellen Leonida, SBN 184194
Law Offices of Elizabeth Grossman
1010 Grayson Street
Berkeley, CA 94710
Telephone 510.548.5106
Fax 510.548.5107

Counsel for Defendant
GALE JOSEPH YOUNG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>V.<br><br>GALE JOSEPH YOUNG<br><br>DEFENDANT. | NO. CR 08-0502 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING<br><br>HONORABLE MAXINE M. CHESNEY |

1

A hearing on defendant's motion regarding the admissibility of DNA evidence is currently set for October 7, 2009. However, the government was unable to file its expert declaration by the due date of September 14, 2009. When defense counsel received the government's declaration on September 23, 2009, the defendant's expert was on vacation. Mr. Young acknowledges the need for additional time to file a responsive declaration and agrees to the exclusion of time for this purpose. Accordingly, the parties stipulate and jointly request that the deadline for defendant to file a responsive declaration be continued to October 7, 2009 and the hearing on the motion be continued to October 21, 2009, at 2:30 p.m.

IT IS SO STIPULATED.

                                JOSEPH RUSSONIELLO
                                United States Attorney

DATED:                           /s/
                                WILLIAM FRENTZEN
                                Assistant United States Attorney

DATED:                           /s/
                                ELLEN LEONIDA
                                Law Offices of Elizabeth Grossman
                                Attorney for Gale Joseph Young

IT IS SO ORDERED.

DATED:   October 5, 2009

                                MAXINE M. CHESNEY
                                United States District Judge

U.S. v. YOUNG; CR 08-0502 MMC
STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING