Ellen Leonida, SBN 184194
Law Offices of Elizabeth Grossman
1010 Grayson Street
Berkeley, CA 94710
Telephone 510.548.5106
Fax 510.548.5107

Counsel for Defendant
GALE JOSEPH YOUNG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>V.<br><br>GALE JOSEPH YOUNG<br><br>DEFENDANT. | NO. CR 08-0502 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING<br><br>HONORABLE MAXINE M. CHESNEY |

1   A hearing on defendant's motion regarding the admissibility of DNA evidence is currently
2   set for December 16, 2009, with defendant's declarations due November 18, 2009 and the
3   government's reply declarations due on December 9, 2009.  The experts retained by defendant
4   have requested an additional week to compose declarations and gather articles responsive to the
5   court's concerns.  Accordingly, the parties stipulate and jointly request that the deadline for
6   defendant to file declarations be continued to November 25, 2009, that the deadline for the
7   government to file declarations be continued to December 16, 2009, and the hearing on the
8   motion be continued to December 23, 2009, at 2:30 p.m.
9   IT IS SO STIPULATED.

                                            JOSEPH RUSSONIELLO
                                            United States Attorney

    DATED:                                  _____/s/_____
                                            ROBERT REES
                                            Assistant United States Attorney


    DATED:                                  _____/s/_____
                                            ELLEN LEONIDA
                                            Attorney for Gale Joseph Young


    IT IS SO ORDERED, with the exception that the hearing is continued to January 6, 2010.

    DATED:  November 18, 2009               *signature*
                                            MAXINE M. CHESNEY
                                            United States District Judge

2