JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LASBN 24421)
ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08 502 MMC |
|---|---|---|
|    Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF PROCEEDINGS** |
| GALE JOSEPH YOUNG, | ) | |
|    Defendant. | ) | Hearing: ~~December 23, 2009~~ |
| _____ | ) | Time: 2:30PM<br>Court: Hon. Maxine M. Chesney |

     Because counsel for the government were largely unavailable in the past three weeks due to official travel outside the country for Mr. Frentzen and a trial in another matter for Mr. Rees, the parties hereby stipulate and agree to continue the proceedings related to the defendant's motion to exclude DNA evidence by three weeks. Accordingly, the United States' supplemental declaration(s) shall be filed by January 6, 2010, and

//

//

//

//

//

Stipulation Re: Continuance of Proceedings
CR 08 502 MMC

further hearing on the motion shall be continued to January 13, 2010 at 2:30PM.

IT IS SO STIPULATED.

DATED: December 16, 2009

           /s
WILLIAM FRENTZEN
ROBERT DAVID REES
Assistant United States Attorneys

DATED: December 16, 2009

           /s
ELLEN LEONIDA, ESQ.
Attorney for Defendant Young

IT IS SO ORDERED.

DATED: December 17, 2009

HON. MAXINE M. CHESNEY
United States District Judge