Law Office of Ellen Leonida
Ellen Leonida, SBN 184194
819 Eddy Street
San Francisco, CA 94109
Telephone (415) 771-6174
Fax (415) 373-9419

Counsel for Defendant
GALE JOSEPH YOUNG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>V.<br><br>GALE JOSEPH YOUNG<br><br>DEFENDANT. | NO. CR 08-0502 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING<br><br>HONORABLE MAXINE M. CHESNEY |

1

U.S. V. YOUNG; CR 08-0502 MMC
STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING

A hearing on defendant's motion regarding the admissibility of DNA evidence is currently set for February 17, 2010, with defendant's declarations due February 3, 2010 and the government's reply declarations due on February 10, 2010.  The experts retained by defendant have requested an additional week to compose declarations responsive to the court's concerns. Accordingly, the parties stipulate and jointly request that the deadline for defendant to file declarations be continued to February 10, 2010, that the deadline for the government to file declarations be continued to February 17, 2010, and the hearing on the motion be continued to February 24, 2010, at 2:30 p.m.

IT IS SO STIPULATED.

                                      JOSEPH RUSSONIELLO
                                      United States Attorney

DATED:                            /s/
                                      WILLIAM FRENTZEN
                                      Assistant United States Attorney

DATED:                            /s/
                                      ELLEN LEONIDA
                                      Attorney for Gale Joseph Young

IT IS SO ORDERED.

DATED: February 4, 2010

                                      MAXINE M. CHESNEY
                                      United States District Judge