JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LASBN 24421)
ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 502 MMC |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF PROCEEDINGS** |
| GALE JOSEPH YOUNG, ) | |
|     Defendant. ) | Hearing: ~~February 24, 2010~~ |
| ) | Time: 2:30PM |
| _____ ) | Court: Hon. Maxine M. Chesney |

Because one week has proven insufficient for the government to coordinate a response to the latest DNA-related submission, the parties hereby stipulate and agree to continue the proceedings related to the defendant's motion to exclude DNA evidence by four weeks. Accordingly, the United States' supplemental declaration(s) shall be filed by March 10, 2010, and further hearing on the motion shall be continued to March 24, 2010

//

//

//

//

//

Stipulation Re: Continuance of Proceedings
CR 08 502 MMC

at 2:30PM.

    IT IS SO STIPULATED.

DATED:  February 17, 2010                  /s
                                             WILLIAM FRENTZEN
                                             ROBERT DAVID REES
                                             Assistant United States Attorneys

DATED:  February 17, 2010                  /s
                                             ELLEN LEONIDA, ESQ.
                                             Attorney for Defendant Young

    IT IS SO ORDERED.

DATED:  February 18, 2010                  _____
                                             HON. MAXINE M. CHESNEY
                                             United States District Judge