1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, CA 94103
        Telephone: (415) 436-6959
7       Fax: (415) 436-7234
        E-mail: william.frentzen@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. 08-CR-0502 MMC
                                       )
14          v.                         )   STIPULATION AND [PROPOSED]
                                       )   ORDER RE: CONTINUANCE OF
15  GALE JOSEPH YOUNG                  )   PROCEEDINGS
                                       )
16          Defendants.                )   Date: March 24, 2010
                                       )   Time: 2:30 pm
17  _____)   Court: Hon. Maxine M. Chesney

18

19      Because of the health issues of a family member of one of the government counsel, the

20  parties hereby stipulate and agree to continue the proceedings related to the defendant's motion

21  to exclude DNA evidence by two weeks. Accordingly, the United States' supplemental

22  declaration(s) shall be filed by March 24, 2010, and further hearing on the motion shall be

23  continued to April 7, 2010 at 2:30 p.m.

24  //

25  //

26  //

27  //

28  //

1  IT IS SO STIPULATED.

2

3  DATED: March 10, 2010                                   /s
                                          _____
4                                         WILLIAM FRENTZEN
                                          ROBERT DAVID REES
5                                         Assistant United States Attorneys

6  DATED: March 10, 2010                                   /s
                                          _____
7                                         ELLEN LEONIDA, ESQ.
                                          Attorney for Defendant Young
8

9  IT IS SO ORDERED.

10

11 DATED: March  11 , 2010              _____
                                          HON. MAXINE M. CHESNEY
12                                        United States District Judge