Law Office of Ellen Leonida
Ellen Leonida, SBN 184194
819 Eddy Street
San Francisco, CA 94109
Telephone (415) 771-6174
Fax (415) 373-9419
ellenleonida@gmail.com

Counsel for Defendant
GALE JOSEPH YOUNG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> GALE JOSEPH YOUNG <br><br> DEFENDANT. | NO. CR 08-0502 MMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING <br><br> HONORABLE MAXINE M. CHESNEY |

1

U.S. V. YOUNG; CR 08-0502 MMC
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

1   A status hearing on defendant's motion for discovery is currently set for June 23, 2010.

2   Counsel for Mr. Young is unavailable on that date. Accordingly, the parties stipulate and jointly

3   request that the hearing be continued to June 30, 2010, at 2:30 p.m.

4   IT IS SO STIPULATED.

5                                              JOSEPH RUSSONIELLO
                                                United States Attorney
6

7   DATED:                              _____/s/_____
                                                ROBERT REES
8                                               Assistant United States Attorney

9

10  DATED:                              _____/s/_____
                                                ELLEN LEONIDA
11                                              Attorney for Gale Joseph Young

12

13  IT IS SO ORDERED.

14  DATED:   June 11, 2010           _____
                                                MAXINE M. CHESNEY
15                                              United States District Judge

2