1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LASBN 24421)
   ROBERT DAVID REES (CASBN 229441)
5  Assistant United States Attorney

6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone:  (415) 436-7200
      Facsimile:  (415) 436-7234
8     Email:  william.frentzen@usdoj.gov, robert.rees@usdoj.gov

9  Attorneys for the United States

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )     No. CR 08-502 MMC
                                       )
14         Plaintiff,                  )     **STIPULATION AND [PROPOSED]**
                                       )     **PROTECTIVE ORDER RE:**
15      v.                             )     **DISCLOSURE OF SAN FRANCISCO**
                                       )     **POLICE DEPARTMENT CRIME**
16  GALE JOSEPH YOUNG,                 )     **LAB INFORMATION**
                                       )
17         Defendant.                  )
                                       )
18  _____)

19

20         With the agreement of the parties, and with the consent of the defendant, the Court

21  enters the following order:

22         Defendant Gale Joseph Young has requested information regarding the San

23  Francisco Police Department Crime Lab and the United States is willing to produce

24  information on that subject.  The United States has obtained numerous documents from

25  the San Francisco Police Department regarding the crime lab that it intends to produce.

26  These documents contain, among other things, internal personnel files, reports of

27  investigations, and other sensitive and personal information.  Accordingly, the United

28  States requests, and, defendant agrees, that disclosure of these materials be subject to the

Protective Order
CR 08-502 MMC

following restrictions:

1.     Except when being actively examined for the purpose of the preparation of the federal defense of defendant in the above-captioned case, the information produced by the United States to defense counsel shall be maintained in a locked safe, secure drawer, or cabinet, which is accessible only to defense counsel and counsel who are members of their case preparation teams working with them in the federal criminal defense of the defendant.  Defense counsel and members of their case preparation team shall not permit any person access of any kind to the information except as set forth below.

2.     The following individuals may examine the information for the sole purpose of preparing the federal defense of defendant in the above-captioned case and for no other purpose:

a.     Counsel for the defendant, Ellen Leonida;

b.     Persons employed, or who have been contracted to work on this case, by defense counsel who are assisting with the preparation of defendant's federal defenses in the above-captioned case;

c.     Any expert(s) retained on behalf of defendant to assist in the federal defense of the above-captioned case;

d.     Any investigator(s) retained on behalf of defendants to assist in the federal defense of the above-captioned case; and

e.     Defendant Gale Joseph Young, who may examine the information only in the presence of counsel, and who may not personally receive or keep any copies of the information.

f.     Counsel for the defendant shall maintain a log of any copies made, provided, and/or examined to or by any of the aforementioned individuals, which log shall include the document(s) copied or examined and the person(s) provided to for each copy made.

3.     A copy of this order shall be maintained with the information at all times.

4.     All individuals who receive access to the materials pursuant to this Order,

Protective Order
CR 08-502 MMC

1    prior to receiving access to the materials, shall sign a copy of this order

2    acknowledging that:

3        a.    They have reviewed the order;

4        b.    They understand all its contents;

5        c.    They agree that they will only access the information for the

6            purposes of preparing a federal defense for defendant in the above-

7            captioned case;

8        d.    They understand that failure to abide by this order may result in

9            sanctions by this Court and criminal charges for contempt.

10    5.    With regard to the orders signed pursuant to paragraph 4, counsel for

11    defendant shall promptly file signed copies of the order, ex parte and under

12    seal.  The United States shall have no access to these signed copies without

13    further order of the Court.

14    6.    No other person may be allowed to examine the material without further

15    court order.  Examination of the information shall be done in a secure

16    environment which will not expose the materials to other individuals not

17    listed above.

18    7.    Other than the copies authorized and logged in paragraph 2, no copies of

19    any of the information may be made without further court order.

20    8.    Any pleadings that include or make reference to the information, or the

21    above-described orders or their contents, shall be filed under seal, absent

22    express written stipulation by the parties.

23    9.    No person who has access to the information shall inform any individual

24    not listed above as to the contents of the information disclosed in any

25    manner, form, or fashion, whether written or oral.  This obligation shall

26    include suggesting in any way to an uncovered individual that any particular

27    document has been provided.

28    10.    Counsel for the defendant, within five court days of the conclusion of the

Protective Order
CR 08-502 MMC

3

1     above-captioned proceedings before the district court shall retrieve all

2     copies made of all documents provided to anyone pursuant to this order and

3     maintain them in a secure environment which will not expose the materials

4     to any other person.  By the same time, counsel for the defendant shall also

5     file under seal and ex parte the log described in Paragraph 2.f.  The United

6     States shall have no access to this log without further order of the Court.

7     By the same time, counsel for the defendant shall also file a sworn

8     declaration indicating that all copies of the aforementioned materials have

9     been retrieved and maintained in a secure environment which will not

10     expose the materials to any other person.  If the defendant believes that any

11     of these materials must be released to any other person for any reason

12     related to appeal, the defendant must seek authorization from the District

13     Court.

14

15   IT IS SO STIPULATED:

16                                 JOSEPH P. RUSSONIELLO
                                  United States Attorney

17

18   DATED:  June 23, 2010               By:_____/s_____
                                  WILLIAM FRENTZEN

19                                     ROBERT DAVID REES
                                  Assistant United States Attorneys

20

21   DATED:  June 23, 2010               _____/s_____
                                  ELLEN LEONIDA

22                                     Attorney for Gale Joseph Young

23

24   IT IS SO ORDERED that disclosure of the above-described materials shall be restricted

25   as set forth above.

26

27   DATED:  _June 24, 2010_____

28                                HON. MAXINE M. CHESNEY
                                 United States District Judge

Protective Order
CR 08-502 MMC