IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GALE JOSEPH YOUNG,<br><br>    Defendant.<br>_____/ | No. CR-08-0502 MMC<br><br>**ORDER RE: EX PARTE SUBMISSIONS BY DEFENDANT; DIRECTIONS TO CLERK** |

    The Court is in receipt of three letters authored by defendant Gale Young ("Young").[1] By said submissions, Young makes various ex parte requests for relief and various complaints about the Court, the prosecution, and his appointed counsel.

    Because Young is represented by counsel in the above-titled case, the Court takes no action with respect to the above-referenced requests/complaints.[2]

    Defendant's counsel requests the documents be lodged under seal. The Court, having reviewed the three submissions, all of which expressly state Young's intent to make their content a matter of record, hereby DIRECTS the Clerk of the Court to file, with one exception, the three submissions. The one exception is an attachment to the letter

---

[1] The letters and/or their envelopes are stamped by the Clerk of the Court as "Received" on, respectively, February 23, 2011, March 7, 2011, and March 8, 2011.

[2] Young makes clear therein he is not moving for substitution of counsel.

1  received February 23, 2011, which attachment appears to be an exchange of emails
2  between defense counsel and his client reflecting potential trial strategy.  The Clerk is
3  hereby DIRECTED to lodge said attachment under seal.
4      **IT IS SO ORDERED.**

6  Dated:  March 21, 2011

MAXINE M. CHESNEY
United States District Judge

2