MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
KATHRYN HAUN (CABN DCBN 484131)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: acadia.senese@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GALE JOSEPH YOUNG, <br><br> Defendant. | No. CR 08-0502 MMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE |

     The defendant, GALE JOSEPH YOUNG, represented by Robert Waggener, and the government, represented by Acadia L. Senese, Special Assistant United States Attorney, and Kathryn Haun, Assistant United States Attorney, jointly request that the currently set Pretrial Conference date of October 4, 2011 at 2:00 p.m. be continued to October 11, 2011 at 2:00 p.m..

     Both counsel for the government will be out of the Northern District of California the week of October 3rd for training. Ms. Senese spoke with Robert Waggener, and he is unavailable the week of September 26th. Your Honor's courtroom clerk indicated that October 11th is available for the Court for the Pretrial Conference.

ORDER CONTINUING PRETRIAL CONFERENCE
Case No. CR 08-0502 MMC

1    The parties will submit on all of the Court's prior rulings in this case regarding pretrial
2 motions at the Pretrial Conference. The parties anticipate that the only main outstanding issue
3 before the Court at the Pretrial Conference will be the extent to which defense counsel may
4 impeach the government's additional witness. To that end, both parties are in the process of
5 meeting and conferring about the admissibility of prior convictions for the government's
6 additional witness, and both parties anticipate that there will be a number of stipulations
7 regarding the admissibility of certain prior convictions and/or conduct. To the extent that there is
8 any disagreement between the parties, the parties will raise it with the Court as soon as possible.
9 The government will submit those proposed stipulations to your Honor in advance of the Pretrial
10 Conference.

12 IT IS SO STIPULATED:
                                           MELINDA HAAG
13                                         United States Attorney

14
   DATED:     9/12/11                      _____/s/_____
15                                         ACADIA SENESE
                                           KATHRYN HAUN
16                                         Assistant United States Attorneys

18 DATED:     9/12/11                      _____/s/_____
                                           ROBERT WAGGENER
19                                         Attorney for Gale Joseph Young

20
       IT IS HEREBY ORDERED that the date for the Pretrial Conference be continued to October
21 11, 2011 at ~~2:15 p.m.~~  3:00 p.m.

22
   IT IS SO ORDERED.
23

25
   DATED: September 13, 2011               _____
26                                         THE HON. MAXINE M. CHESNEY
                                           United States District Court Judge

ORDER CONTINUING PRETRIAL CONFERENCE
Case No. CR 08-0502 MMC                    -2-