1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   KATHRYN R. HAUN (DCBN 484131)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone:  (415) 436-7200
      Facsimile:  (415) 436-7234
8     Email:  acadia.senese@usdoj.gov, kathryn.haun@usdoj.gov

9  Attorneys for the United States

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )     No. CR 08 0502 MMC
                                     )
14         Plaintiff,                )
                                     )
15  v.                               )     STIPULATION AND [PROPOSED]
                                     )     PROTECTIVE ORDER
16  GALE JOSEPH YOUNG,               )
      a/k/a Redbone                  )
17                                   )
           Defendant.                )
18                                   )
                                     )
19  _____ )

20

21      Upon Stipulation of the parties for a protective order limiting the production, use, possession,

22  and dissemination of certain materials, for the reasons stated therein and in the materials

23  referenced therein:

24      ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

25      1.  Production and possession of the cooperator file ("Subject Materials") be limited only to

26  Robert Waggener and Jeffrey Wozniak, counsel for Gale Joseph Young, and Ken Heriot of

27  Heriot Investigations, and that possession of these materials is limited only to Robert Waggener,

28  Jeffrey Wozniak, those who are part of Robert Waggener's law office, and Ken Heriot;

2.   Robert Waggener's, Jeffrey Wozniak's, and Ken Heriot's possession and use of the Subject Materials is only for the purpose of preparing for and trying the criminal case of Gale Joseph Young, presently scheduled for October 17, 2011, and for no other purpose;

3.   The Subject Materials shall not be distributed or disseminated to anyone else;

4.   At the end of the trial of Gale Joseph Young on October 17, 2011, Robert Waggener, Jeffery Wozniak, and Ken Heriot shall return all Subject Materials, and any and all copies of the Subject Materials, to the Government, which will preserve the materials in case there is need for them in any future litigation.

IT IS SO STIPULATED.


                                        MELINDA HAAG
                                        United States Attorney


Dated: September 29, 2011        /s/
                                        ACADIA L. SENESE
                                        KATHRYN HAUN
                                        Assistant United States Attorneys


Dated: September 29, 2011        /s/
                                        ROBERT WAGGENER
                                        Attorney for Gale Joseph Young



IT IS HEREBY FOUND that there is good cause limiting the production, use, possession, and dissemination of materials from the cooperator files ("Subject Materials").  Accordingly, the stipulation is hereby APPROVED.
IT IS SO ORDERED.



Dated: September 30, 2011
                                        HON. MAXINE M. CHESNEY
                                        United States District Judge