
*EXHIBIT A*

November 6, 2011

Stacey M Troupe
PO box 84882
San Francisco, CA. 94188
415-724-1303

To Judge Cheyney:

I am writing this letter on behalf of Joseph Gayle Young. Joe is my little brother whom I love to pieces. Joe has had many problems and misdirections in his past but has grown immensely throughout the years. He was one of those people everyone goes to for advice for their problems. He, being the little brother, always wanted to prove he could make things right, and usually he did. He showed his independence at an early age.

Although Joe has been in and out of the court system he has survived and progressed. As a matter of fact, Joe has held up well and has progressed over the years with the help of his mother, Gloria, and his own perseverance. I have seen much change in him. He's called, wrote and an emailed until recently to keep tabs on my family. When he saw my oldest son making some of the mistakes he had previously made he immediately tried to rectify the problem through love and patience. He also followed up with me and others to make sure my son did what he was supposed to do. Joe called everyday and spoke with my son and listened. Somehow he reached my son . My children totally adore and respect their uncle, even from over the phone.

Joe, as an adult, lived near me for a few years. He held his own apartment and paid the bills on time. I know because he asked me how to do it. Joe has worked, when out of the system, and has done good. Joseph has also keep serious relationships for long periods of time, not always with the same girl, but he is lovable enough to have always had someone on his side. And to his credit he has always had me on his side also. He realizes that he's made some mistakes and has tried to not make the same mistake twice. He has called me in the middle of the night to talk about something that bothers him and has admitted that he didn't know the answer. That alone showed me I was not wasting my time because previously he would not even ask for help.

Joe also has an amazing effect on children. He is "uncle Joe" to many. My oldest son (16yrs) and middle son (8yrs) love him. He has shown patience and understanding for the problems young men face out here on these streets and have given them some very good and solid advice. His interactions with these boys has led me to tears watching them interact and how proud Joe felt with their response to him. Joe has been able to touch many unreachable children that I've brought to him to help.

Joe has also been an inspiration to me. He has been through so much. Most people use this as an excuse to continue to either keep messing up or use their past for sympathy. Joe is wise enough to try to use his past misfortunes to continue to help others while helping himself work through his past mistakes. I have talked, texted, and emailed him in all hours of the night. We talked, argued, laughed and cried but eventually came to a solution to both our problems many different times. I could not have gotten through many situations without the support of my little brother.

I have two brothers and I love them both but Joe has a special place in my heart because of his wisdom, his patience with people, his listening ability, and his heart. I do believe that given the opportunity Joseph will surprise a lot of people with his will and desire to do so much more with his life. I have much faith in him and his abilities.

Please take the time to see the "Joe" that I know and understand that he is definitely worth giving a chance at a normal life. Not everything is black or white and I feel if you were to get to know him you would definitely understand who I am writing about. Or better yet - ask some of the children who's life he's touched and turned around from bad to good.

Sincerely,

*[signature]*

Stacey M Troupe
(415-684-6346)

January 09, 2012

Judge Maxine Chesney
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Chesney,

    My name is Shamone Pitre and I grew up with my cousin, Joseph Young.  Growing up, I remember Joe being a great cousin who cared about his family dearly.  He would always make us laugh and always had a smile on his face.  He had a caring spirit with everyone that crossed his path.  Living in an underrepresented and under resourced community like Bayview/Hunter's Point in San Francisco was and continues to be challenging for any youth to survive.  Such deplorable conditions can cause any child to never develop hope.  As Joseph grew into adolescence, he was surrounded by an all-female household.  He yearned for a male environment.  He unfortunately found that among fellow neighborhood youth who lived in the same community and had the same issues Joseph struggled to overcome.  He got into a lot of trouble being influenced by what was surrounding him.

    Since then, Joseph has grown into a young man and understands that negative actions lead to negative consequences.  He has struggled to find his way as an adolescent, but as an adult, I believe with all my heart that he can and will achieve his dreams in life as long as he has the opportunity.  He is intelligent and can turn his life around given the opportunity and resources.  Joseph has his family to stand beside him to help him in this process.   His mother, Gloria Thomas, is a licensed professional Medical Social Worker and is more than qualified to assist in creating innovative solutions to prevent recidivism for her son.  Joseph also has a plethora of family and friends who obtain collegiate degrees and/or are successful in their career endeavors.  Joseph has too much support to fail.  I believe the best way to overcome a certain situation is to remove oneself from that environment.  Joseph's mother owns property in Texas and Georgia for her son to live in a positive environment in order to excel in his academic and career endeavors.

    With the prayers and support of family and friends, my cousin will overcome.  The best place for him to be is among family.  Incarceration is not going to rehabilitate him.  Research has proven that incarceration does not lower crime, but having a great support system in place prevents recidivism.  Joseph needs to be around family and friends who can have a positive impact on his life.  Thank you for your time and consideration.

Sincerely,

Shamone Pitre

To: Honorable Judge Maxine Chesney
From: ~~Joseph's~~ Cousin Rose Parsons
Concerning: Gale Joseph Young

Dear Judge Chesney,

I just want to take a moment to express my thoughts and feelings to you about my cousin Gale Joseph Young. Joseph has been a very sweet and sometimes shy kid growing up. He had to grow up pretty fast and has made some wrong choices in friends and the path he made. My cousin has learned from them and has learned to think first before reacting and to put others first before himself. Joseph made many goals for himself to achieve and he has done some of them already.

I know he has many more to go, but I know he will get them done. I look forward to having him home with us and continuing to achieve his goals in becoming a truck driver and hopefully starting his own family. My cousin Joseph has a very sweet and caring heart and will make a success out of his life and definitely will reach his goals. I miss him so very much and wish he could come home soon. Thank you for taking the time for reading my thoughts and feelings.

Respectfully Yours

R. Parsons

To: Honorable Judge Maxine Chesney
From:
Concerning: Gale Joseph Young

## 37th ST. Baptist Church Staff;

On behalf of Gayle Joseph Young we the staff at 37th ST. Baptist Church in Oakland, Ca will support Joseph Young helping in employment and mentoring services as needed.

We have supported Bro. Joseph Young in accompanying him to every court trial and we really care about Joseph's well being and will continue to support him in all his endeavors. Thank you for taking the time to read this letter and hope that it will be taken into consideration concerning Gayle Joseph Young.

*W C McClinton*

**Bishop DR. W.C. Mcclinton, Pastor**

**Computer Mgr.**
Respectfully Yours

**Minister of Music**

To: Honorable Judge Maxine Chesney
From:
Concerning: Gale Joseph Young

I need to know my uncle. And he needs to love me

Paige

+B piQ

Respectfully Yours

