*EXHIBIT B*

To Honorable Maxine M. Chesney

It has been 3½ yrs that I have appeared in your Court Room. Before this is all over I would like for you to hear from me in my own words, not my counsels'.

First, I feel it's imperative you know that I respect your Court Room entirely!, but from a personal stand point I respect you as my elder first, which in it's self is the highest level of respect I could ever have and give, So if at anytime I ever came off, or you feel I was illmannered, I sincerely apologize! No matter how frustrated or angry I get, remaining respectful in your presence is something I should never fail to do!

I ask that you not feel that I am just this rebellious person, because I'm not. I do not like some things or some people in Law Enforcement and The Justice System, but I most certainly respect them both! My Mother is always saying "Jail and the police saved me." I didn't always see it that way, but this is what I realized fighting this case.

1) I've been in this system since I was 12 yrs old. I've spent time with my family when I was very young, but for the most part I was raised by the system. So most of the things I know I learned in the system; How to read and write, I received my GED, How to cook, working a job, being respectful to all even those I don't like, getting along with, and coexisting with people no matter what our differences are.

2) Before I was sentenced by Judge Alsup, I was well on my way to death or a life sentence like all the other guys I ran the streets with.

Honestly speaking there was nothing or no one that could have stopped me from living the life I was living. The only thing that changed my mind was age, and the only way I was able to grow older was because of Jail. My friends who didn't do the time I did are all dead. Jail kept me alive long enough for me to grow to care about myself and others, and to realize how precious life is.

3) When I was sentenced by Judge Alsup he gave me a to do list, which I did. He told me to stay away from old friends, which was easy for me because they are all dead. He told me to stay out of the old neighborhood "Hunters Point", which I did. I thought that was enough, but me being who I am, and the state I left, coming back to Sanfrancisco was not in my best intrest. On top of that I was not well prepared for release in 2008. The only plan I had was to stay out of Hunters Point, which was not enough to stay out of harm way, as I now realize, and to make matters worse I was very hostile when ever I had contact with police officers, which was unnecessary and did not help. So I have to admit, I did not do all that was in my power to prevent this. I had other options and I did not have a plan, which lead to unnecessary contact with Law Enforcement. I've learned a lot through this experience about creating problems for myself, and being responsible for the decisions I make.

Now I understand fully why my mother says Jail saved me. No matter what I like or dislike about it, I've learned something significant over time. God dose works in mysterious ways!

In regards to Juror Tate, I have never met her, she has never met me! The way I was able to recognize her as Mr. Jules "Baby Mama" is because me and Mr. Jules were cellmates for a long time. He told me a lot about their relationship. The way she described their relationship is the same way he tells it. The kids age and all. Plus he has half the cell covered with pictures of her and their kids.

The name Mecole rung a bell, but I wasn't all the way sure where I knew it from. I said to another guy at the jail who I previously done time with, who also knew Mr. Jules from doing time, that "I think Norm Baby Mama is on my jury?" Being that the jail living quarters is so small James Jordan was able to evens drop on my conversation. It was not an open discussion and I never at anytime discussed my case with James Jordan! Mr. Jules is currently married to a different young lady. Ms. Tate never came to visit him his wife did. At no time did I ever feel I was in the clear because I had a fixed jury de to having heard of, and about Ms. Tate. She dosen't know me from Adam. Before this ends I wanted to inform you of that situation.

I also want you to know no matter what happens, how much time I receive, I wont walk away from this with a complete negative out look twords the Justice System and continuing to be hostile with Law Enforcement, to do that will only hurt me and my family. I've done enough of that! And I thank you for being very patient with me.

Sincerely
Elele Joseph [signature]