1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant GALE JOSEPH YOUNG

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA           No. CR08 0502 MMC

12              Plaintiff,            **ORDER APPROVING**

13         v.                         **STIPULATION** ~~**AND [PROPOSED]**~~
                                      ~~**ORDER**~~ **TO CONTINUE SENTENCING**
14 GALE JOSEPH YOUNG
                                      ~~Date:   February 16, 2012~~
15              Defendant.            Time:   9:00 a.m.
   _____/  Crtrm:  7 (Hon. Maxine M. Chesney)

18    **IT IS HEREBY STIPULATED** between the parties that the sentencing hearing in the

19 above-referenced matter, currently scheduled for February 16, 2012, at 9:00 a.m., be continued

20 to February 23, 2012 at 9:00 a.m.

21 \\\\

22 \\\\

23 \\\\

24 \\\\

25 \\\\

26 \\\\

27 \\\\

28 \\\\

**STIPULATION & [PROPOSED] ORDER
TO CONTINUE SENTENCING**

1 | Defense counsel has communicated with Assistant United States Attorney Acadia Senese
2 | and Probation Officer Cheryl Simone and they do not object to a continuance of this matter.

3

4 | Dated:     February 3, 2012                              /s/
                                                      ROBERT WAGGENER
5 |                                                   Attorney for Defendant
                                                      GALE JOSEPH YOUNG
6

7

8 | Dated:     February 3, 2012                              /s/
                                                      ACADIA SENESE
9 |                                                   Assistant United States Attorney

10

11

12

13 |     **IT IS SO ORDERED**.

14

15

16 | Dated: February 3, 2012                      _____
                                                  MAXINE M. CHESNEY
17 |                                               United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
TO CONTINUE SENTENCING                     -2-