# *EXHIBIT A*

E-Filing

# U.S. District Court
# California Northern District (San Francisco)
# CRIMINAL DOCKET FOR CASE #: 3:11-cr-00305-CRB-1

Case title: USA v. Jordan
Magistrate judge case number: 3:09-mj-70478-JL

Date Filed: 05/10/2011

Assigned to: Hon. Charles R. Breyer

### Defendant (1)

**James Allen Jordan**
*also known as*
Christopher Robin Garczynski
*also known as*
James Robyn Garczynski

represented by **Galia Amram Phillips**
Law Office of Galia Phillips
1300 Clay St.
Suite 600
Oakland, CA 94612
415-269-4553
Fax: 510-464-8001
Email: galia.phillips@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Geoffrey A. Hansen**
Federal Public Defender
19th Floor Federal Building-Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
415/436-7700
Fax: 415-436-7706
Email: geoffrey_hansen@fd.org
*TERMINATED: 07/13/2011*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:1542 – False statements in Application for a United States Passport
(1)

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

### Disposition

### Disposition

### Disposition

18:1542 False Statement in
Application of Passport

**Probation Officer**

Charlie Mabie

**Plaintiff**

USA  represented by **Acadia Leigh Senese**
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
415-436-6809
Fax: 415-436-7234
Email: acadia.senese@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2009 | 1 | COMPLAINT as to James Allen Jordan (1). (sv, COURT STAFF) (Filed on 5/28/2009) [3:09−mj−70478−JL] (Entered: 05/29/2009) |
| 05/28/2009 | | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 5/28/2009) [3:09−mj−70478−JL] (Entered: 05/29/2009) |
| 12/22/2010 | 2 | Letter from James Allen Jordan. (sv, COURT STAFF) (Filed on 12/22/2010) [3:09−mj−70478−JL] (Entered: 12/28/2010) |
| 12/27/2010 | | Mailed requested information to James Allen Jordan 2 (sv, COURT STAFF) (Filed on 12/27/2010) [3:09−mj−70478−JL] (Entered: 12/28/2010) |
| 02/11/2011 | 3 | MOTION for Writ of Habeas Corpus ad prosequendum *PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM* by USA as to James Allen Jordan. (Senese, Acadia) (Filed on 2/11/2011) [3:09−mj−70478−JL] (Entered: 02/11/2011) |
| 02/14/2011 | 4 | ORDER granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to James Allen Jordan (1). Signed by Magistrate Judge Timothy J. Bommer on 2/14/11. (sv, COURT STAFF) [3:09−mj−70478−JL] (Entered: 02/14/2011) |
| 03/01/2011 | 5 | Letter from James Jordan. (sv, COURT STAFF) (Filed on 3/1/2011) [3:09−mj−70478−JL] (Entered: 03/07/2011) |
| 03/07/2011 | | Requested 5 information mailed to James Allen Jordan. (sv, COURT STAFF) (Filed on 3/7/2011) [3:09−mj−70478−JL] (Entered: 03/07/2011) |
| 04/01/2011 | 6 | Judgment Returned Executed as to James Allen Jordan on 3/30/11. (lsk, COURT STAFF) (Filed on 4/1/2011) [3:09−mj−70478−JL] (Entered: 04/01/2011) |
| 04/01/2011 | 7 | Minute Entry for proceedings held before Judge Magistrate Judge James Larson:Initial Appearance as to James Allen Jordan held on 4/1/2011, Added attorney Geoffrey A. Hansen for James Allen Jordan. Detention Hearing set for 4/6/2011 09:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge James Larson. (Recording #10:17−10:23.) (lsk, COURT STAFF) (Filed on 4/1/2011) [3:09−mj−70478−JL] (Entered: 04/01/2011) |
| 04/06/2011 | 8 | Request to Dismiss charges pursuant to agreement on detainer by James Allen Jordan. (sv, COURT STAFF) (Filed on 4/6/2011) [3:09−mj−70478−JL] (Entered: 04/07/2011) |
| 04/06/2011 | 9 | Minute Entry for proceedings held before Magistrate Judge James Larson:Detention Hearing as to James Allen Jordan held on 4/6/2011. Preliminary Hearing or Arraignment set for 4/15/2011 09:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge James Larson. (Court Reporter FTR |

| | | |
|---|---|---|
| | | 9:52–9:54) (sv, COURT STAFF) (Filed on 4/6/2011) [3:09–mj–70478–JL] (Entered: 04/07/2011) |
| 04/15/2011 | 10 | Minute Entry for proceedings held before Magistrate Judge James Larson:Arraignment not held on 4/15/2011, Preliminary Examination as to James Allen Jordan not held on 4/15/2011, Preliminary Hearing or Arraignment set for 4/29/2011 09:30 AM in Courtroom C, 15th Floor, San Francisco before Magistrate Judge Edward M. Chen. (Court Reporter FTR 9:40–9:41) (sv, COURT STAFF) (Filed on 4/15/2011) [3:09–mj–70478–JL] (Entered: 04/15/2011) |
| 04/29/2011 | 11 | Minute Entry for proceedings held before Magistrate Judge Edward M. Chen:Arraignment held on 4/29/2011, Preliminary Examination as to James Allen Jordan held on 4/29/2011, Further Preliminary Hearing or Arraignment set for 5/6/2011 09:30 AM in Courtroom C, 15th Floor, San Francisco before Magistrate Judge Edward M. Chen. (Court Reporter FTR 10:06–10:08) (sv, COURT STAFF) (Filed on 4/29/2011) [3:09–mj–70478–JL] (Entered: 05/02/2011) |
| 05/06/2011 | 12 | Minute Entry for proceedings held before Judge Magistrate Judge Edward M. Chen:Arraignment not held on 5/6/2011, Preliminary Examination as to James Allen Jordan not held on 5/6/2011, Preliminary Hearing or Arraignment set for 5/11/2011 09:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge James Larson. (Court Reporter FTR 9:42–9:45) (sv, COURT STAFF) (Filed on 5/6/2011) [3:09–mj–70478–JL] (Entered: 05/09/2011) |
| 05/10/2011 | 13 | INFORMATION as to James Allen Jordan (1) count 1. (sv, COURT STAFF) (Filed on 5/10/2011) (Entered: 05/10/2011) |
| 05/11/2011 | 14 | Minute Entry for proceedings held before Judge Magistrate Judge James Larson:Arraignment as to James Allen Jordan (1) Count 1 held on 5/11/2011 plead not guilty, Trial Setting Hearing set for 6/22/2011 02:15 PM in Courtroom 8, 19th Floor, San Francisco before Hon. Charles R. Breyer. (Recording #Sahar Bartlett 10:13–10:16.) (lsk, COURT STAFF) (Filed on 5/11/2011) (Entered: 05/11/2011) |
| 05/11/2011 | 15 | WAIVER OF INDICTMENT by James Allen Jordan (lsk, COURT STAFF) (Filed on 5/11/2011) (Entered: 05/11/2011) |
| 06/22/2011 | 16 | Minute Entry for proceedings held before Judge Hon. Charles R. Breyer:Trial Setting Hearing as to James Allen Jordan held on 6/22/2011 Change of Plea Hearing set for 7/13/2011 02:15 PM in Courtroom 6, 17th Floor, San Francisco before Hon. Charles R. Breyer. (Court Reporter Margo Gurule.) (beS, COURT STAFF) (Filed on 6/22/2011) (Entered: 06/23/2011) |
| 07/13/2011 | 17 | Minute Entry for proceedings held before Judge Magistrate Judge Timothy J. Bommer:I.D. of Counsel Hearing as to James Allen Jordan held on 7/13/2011, Added attorney Galia Amram Phillips for James Allen Jordan. Attorney Geoffrey A. Hansen terminated in case as to James Allen Jordan. Set for 7/13/2011 2:15 before Judge Breyer. (Recording #10:04–10:06.) (lsk, COURT STAFF) (Filed on 7/13/2011) (Entered: 07/14/2011) |
| 07/18/2011 | 18 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 7/18/2011) (Entered: 07/19/2011) |
| 07/18/2011 | 19 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 7/18/2011) (Entered: 07/19/2011) |
| 07/21/2011 | 20 | CJA 20: as to James Allen Jordan appointing Galia Phillips. Signed by Judge Magistrate Judge Timothy J. Bommer on 7/15/2011. (lsk, COURT STAFF) (Filed on 7/21/2011) (Entered: 07/22/2011) |
| 08/10/2011 | 21 | Sealed Document as to James Allen Jordan (svS, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/11/2011) |
| 08/10/2011 | 22 | Sealed Document as to James Allen Jordan (svS, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/11/2011) |
| 08/10/2011 | 23 | Sealed Document as to James Allen Jordan (svS, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/11/2011) |

| 08/10/2011 | 24 | Sealed Document as to James Allen Jordan (svS, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/11/2011) |
| --- | --- | --- |
| 08/31/2011 | 25 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 8/31/2011) (Entered: 09/01/2011) |
| 08/31/2011 | 26 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 8/31/2011) (Entered: 09/01/2011) |
| 08/31/2011 | 27 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 8/31/2011) (Entered: 09/01/2011) |
| 08/31/2011 | 28 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 8/31/2011) (Entered: 09/01/2011) |
| 09/08/2011 | 29 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 9/8/2011) (Entered: 09/09/2011) |
| 09/08/2011 | 30 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 9/8/2011) (Entered: 09/09/2011) |
| 11/01/2011 | 32 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 11/1/2011) (Entered: 11/01/2011) |
| 11/01/2011 | 33 | Sealed Document as to James Allen Jordan (sv, COURT STAFF) (Filed on 11/1/2011) (Entered: 11/02/2011) |
| 11/04/2011 | 34 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 11/4/2011) (Entered: 11/07/2011) |
| 11/14/2011 | 35 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 11/14/2011) (Entered: 11/16/2011) |
| 11/30/2011 | 38 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 11/30/2011) (Entered: 12/08/2011) |
| 11/30/2011 | 39 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 11/30/2011) (Entered: 12/08/2011) |
| 12/01/2011 | 36 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 12/1/2011) (Entered: 12/05/2011) |
| 12/08/2011 | 37 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 12/8/2011) (Entered: 12/08/2011) |
| 12/08/2011 | 42 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 12/8/2011) (Entered: 12/14/2011) |
| 12/14/2011 | 40 | JUDGMENT in a Criminal Case as to James Allen Jordan. Signed by Judge Hon. Charles R. Breyer on 12/13/2011. (beS, COURT STAFF) (Filed on 12/14/2011) (Entered: 12/14/2011) |
| 12/14/2011 | 41 | Sealing Order – General Order 54 as to James Allen Jordan.. Signed by Judge Hon. Charles R. Breyer on 12/13/2011. (beS, COURT STAFF) (Filed on 12/14/2011) (Entered: 12/14/2011) |
| 02/02/2012 | 43 | Sealed Document as to James Allen Jordan (lsk, COURT STAFF) (Filed on 2/2/2012) (Entered: 02/03/2012) |