*EXHIBIT C*

# *EXHIBIT C*

*EXHIBIT C*

*EXHIBIT C*

U.S. Department of Justice
United States Attorney

Northern District of California
11th Floor, Federal Building

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

December 22, 2011

Cheryl L. Simone
United States Probation Officer
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    United States v. Gale Joseph Young
               CR 08-0502 MMC

Dear Ms. Simone:

      I have reviewed the Presentence Report you sent to our office on November 3, 2010. Pursuant to Crim. Local Rule 32-4, I am writing to inform you that the United States has the following objection to the Presentence Report:

      ¶1. The government filed an Information pursuant to 21 U.S.C. § 851 alleging that the defendant has a prior drug-related conviction. The Information doubles the defendant's mandatory minimum to 10 years imprisonment. *See* Docket #100.
      Please note that it's the Department of Justice's position that the Fair Sentencing Act is retroactive. Therefore, in this case, the defendant is not subject to a mandatory minimum because he possessed less than 28 grams of crack cocaine. 21 U.S.C. § 841(b)(1)(B)(iii). Accordingly, the Information increases the defendant's maximum prison term to 30 years. *Id.*

      If you need any further information or have any questions, please do not hesitate to call me at (415) 436-6809.

      Very truly yours,

      MELINDA HAAG
      United States Attorney

      _____/s/_____
      Acadia L. Senese
      Special Assistant United States Attorney

cc:      Robert Waggener, defense counsel