ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant GALE JOSEPH YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR08 0502 MMC |
| Plaintiff, | **DECLARATION OF DEFENDANT GALE JOSEPH YOUNG** |
| v. | |
| GALE JOSEPH YOUNG | Date: February 23, 2012<br>Time: 9:00 a.m. |
| Defendant. | Crtrm: 7 (Hon. Maxine M. Chesney) |

I, GALE JOSEPH YOUNG, defendant in the above referenced matter, hereby declare as follows:

1. I appeared in court on October 14, 2011, and after court was brought back to the Glenn Dyer jail facility in Oakland in the late afternoon/evening. When I was first brought back to the jail I was placed in a holding cell with at least 20 other inmates before I was to be transferred to my regular housing unit in the jail. The holding cell is "L" shaped and has a single sliding door which leads out to a hallway. The sliding door has a window in it which is approximately six inches wide and 18 inches high. The lowest part of the window is approximately chest high.

3. That late afternoon/evening I was standing by the door looking out in to the

hallway when I saw James Jordan being escorted down the hallway by Marshal Pete Swanson and an Alameda County Sheriff Department deputy. I saw the three of them through the window in the sliding door as they were walking down the hallway towards another door in the hallway to my left. I did not expect to see Mr. Jordan that afternoon/evening and it surprised me to see him in the hallway. As they walked past the sliding door I said to James Jordan in a normal tone of voice: "Hey sugarfoot, I'll see you Monday." The three people in the hallway kept walking out of my sight and I said nothing further. I made no eye contact with Mr. Jordan when he walked past me down the hallway.

4. I did not point my finger at Mr. Jordan as he walked past the sliding door and I did not threaten him in any way. My trial was scheduled to start the following Monday and I knew Mr. Jordan was going to be a witness against me in my trial. When I said I would see him on Monday, it was a reference to my expectation to see Mr. Jordan when he testified at my trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of February at San Francisco, California.

/s/
_____
GALE JOSEPH YOUNG