```
 1  ROBERT WAGGENER - SBN: 118450
    LAW OFFICE OF ROBERT WAGGENER
 2  214 Duboce Avenue
    San Francisco, California 94103
 3  Phone:    (415) 431-4500
    Fax:      (415) 255-8631
 4  E-Mail:   rwlaw@mindspring.com

 5  Attorney for Defendant GALE JOSEPH YOUNG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR08 0502 MMC |
| Plaintiff, | **DEFENDANT GALE JOSEPH YOUNG'S SUPPLEMENTAL EXHIBITS RE SENTENCING MEMORANDUM** |
| v. | |
| GALE JOSEPH YOUNG | Date: February 23, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Crtrm: 7 (Hon. Maxine Chesney) |

Defendant Gale Joseph Young hereby submits copies of two letters from Tri-Valley Regional Occupation Programs. These letters were shown to the Court during today's sentencing proceeding and are now being e-filed to preserve the record in this case.

Dated: February 23, 2012

Respectfully submitted,

ROBERT WAGGENER
Attorney for Defendant
GALE JOSEPH YOUNG

Tri-Valley Regional Occupation Programs
Correctional Education
2600 Kitty Hawk Road, Suite 117
Livermore, CA 94551
925-551-6697

COURT LETTER—DEUCE

Date _Feb. 21, 2012_

To Whom It May Concern:

This Letter serves to verify that _Gale Young_
PFN: _ULC 545_ is currently enrolled in the Deciding, Educating, Understanding, Counseling and Evaluating (DEUCE) Program, and has completed _300 +_ days of attendance.

The DEUCE program is *60 days* of classroom attendance and participation. It includes several subject areas dealing with substance abuse, anger management, addiction and life skills. Upon successful completion of the program, students will be awarded a Certificate.

The DEUCE program is a voluntary alcohol and drug education program based on the 12-Step format, for inmates at Glenn Dyer Jail and Santa Rita Jail. The program is administered and taught by the staff of the Tri-Valley Occupational Programs. The instructors are state certified with Adult Teaching Credentials.

Sincerely,

_Carolyn Arden_

**DEUCE Instructor**
**Carolyn Arden**

_Mr. Young is my Graduate Assistant - he's been in my classes on + off for 3 years_

Invalid Without
Embossed Seal

Tri-Valley Regional Occupational Programs
Correctional Education
2600 Kitty Hawk Road, Suite 117
Livermore, CA 94551
(925)5516694

## Court Letter—Anger Management

DATE _Feb, 21, 2012_

**TO WHOM IT MAY CONCERN:**

This letter serves to verify that _Gale Young_
PFN# _ULC 545_
Is enrolled in Anger Management at Glenn Dyer Jail and has complete
_00+_ days of the 24 day program.

The Anger Management class is a voluntary program. The objective is to identify high risk situations, thoughts and behaviors that lead to unhealthy anger. While gaining emotional stability and increased self awareness, the class incorporates new coping skills to handle anger/stress and other feelings. The men also develop communication skills to develop healthy relationship.

_Carolyn Arden_
**Carolyn Arden**
**Anger Management Instructor**

_Mr. Young has been in my class on + off for 3 years. He's my graduate assistant_

Invalid Without
Embossed Seal