MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 08-0502 MMC |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| v. | ) | AND ORDER THEREON |
| GALE JOSEPH YOUNG, | ) | |
| Defendant. | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:                                                      Respectfully submitted,

                                                             MELINDA HAAG
                                                             United States Attorney

                                                             /s
                                                             J. DOUGLAS WILSON
                                                             Chief, Criminal Division

NOTICE OF DISMISSAL (CR 08-502 MMC)

1 | Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest
2 | warrant issued in connection with the Indictment/ Information/Complaint is quashed.

Date: August 12, 2014

_____
HON. MAXINE M. CHESNEY
United States District Judge

NOTICE OF DISMISSAL (CR 08-502 MMC)